**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-3065**

—————

WILLIAM C. ELLIS,

Plaintiff - Appellant,

versus

ANNE ARUNDEL COUNTY HOUSING AUTHORITY,

Defendant - Appellee.

—————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge. (CA-95-3514-K)

—————

Submitted:  June 28, 1996                    Decided:  July 26, 1996

—————

Before HALL, MURNAGHAN, and HAMILTON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

William C. Ellis, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his emergency motion for stay. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ellis v. Anne Arundel County</u>, No. CA-95-3514-K (D. Md. Nov. 22, 1995). Additionally, we deny Appellant's motion for emergency stay filed in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2